
## BoylanBrown
Growth.Protection.Succession.
BUSINESS AND CORPORATE LAW

$3.73
#7624
10/27/10

October 26, 2010

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
1220 Federal Building
Rochester, New York 14614

    RE: John S. and Alice E. Burggraaff, Case No. 06-21369
            Request of Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $3.73. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds".

    \_\_\_\_\_ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    __x__ The funds represent dividend payment of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

    Claimant <u>Roundup Funding LLC</u>     Amount $<u>3.73</u>     Claims Register #<u>21</u>



Warren H. Heilbronner, Trustee



FILED
OCT 27 2010
BANKRUPTCY COURT
ROCHESTER, NY

Boylan, Brown, Code, Vigdor & Wilson, LLP
2400 Chase Square
Rochester, NY
OFFICE.585.232.5300 FAX.585.232.3528

Connecticut Office
1007 Farmington Avenue · Suite 4
OFFICE.   FAX.   WEB.www.boylanbrown.com

PRIMERUS

Case 2-06-21369-JCN    Doc 88   Filed 10/27/10   Entered 10/27/10 12:24:00   Desc Main Document   Page 1 of 1